In re RIFKIND. (Supreme Court, Appellate Division, First Department. December 11, 1914.) In the matter of Albert J. Rifkind. No opinion. Referred to Hon. H. A. Gildersleeve, official referee. Settle order on notice.

RINEHART v. DELENNE et al. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by John B. G. Rinehart, as receiver, etc., against Louis F. Delenne and others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

RISLEY, Respondent, v. COSTON, Appellant. (Supreme Court, Appellate Division, Third Department. November 25, 1914.) Action by Edwin E. Risley against Newton E. Coston. No opinion. Order affirmed, with $10 costs and disbursements.

RIVERSIDE CONTRACTING CO. v. CITY OF NEW YORK et al. (No. 6530.) (Supreme Court, Appellate Division, First Department. December 18, 1914.) Appeal from Special Term, New York County. Actions by the Riverside Contracting Company, by Josiah Canter, as receiver (two cases), and by Charles W. Wright, all against the City of New York and another, which actions were consolidated. From a judgment for defendant First National Bank of Bayonne (148 N. Y. Supp. 281), entered after a trial at Special Term, plaintiffs appeal. Affirmed. Allan Lee Smidt, of New York City, for appellant Riverside Contracting Co. El J. Myers, of New York City, for appellants receiver and others. A. R. Watson, of New York City, for respondents.

PER CURIAM. Judgment affirmed, with costs.

LAUGHLIN, J. (dissenting). I dissent as to Riverside Contracting Company, and vote for reversal of the judgment against it, and the granting of a new trial as to it, on the ground that it was error to exclude the evidence to impeach the record of the time at which the plaintiff's notice of lien was filed.

RIX v. ALDRICH. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by Frank S. Rix against Spencer Aldrich. No opinion. Motion granted, with $10 costs. Order filed.

RIX v. ALDRICH. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by Theresa H. Rix against Spencer Aldrich. No opinion. Motion granted, with $10 costs. Order filed.

ROBERTS, Respondent, v. GROVE STRAW HAT MFG. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 20, 1914.) Action by Robert H. Roberts against the Grove Straw Hat Manufacturing Company. A. B. A. Bradley, of New York City, for appellant. T. N. Ripsom, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to withdraw demurrers and to answer within 20 days on payment of costs in this court and in the court below. Order filed.

ROGERS, Appellant, v. DOWNING, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 11, 1914.) Action by Margaret Rogers against Thomas J. Downing. No opinion. Motion granted and appeal dismissed, with costs.

RONCA, Respondent, v. WENDELL & EVAN CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1914.) Action by Fannie Ronca, an infant, etc., against the Wendell & Evan Company.

PER CURIAM. The answering affidavit of appellant fails to comply with the special rule of this court adopted October 4, 1910. The decision of this motion will be withheld for one week. If within three days the appellant pays $10 costs, and submits an affidavit in accordance with such rule, the motion will be considered on its merits. See Schorr v. Weisfeld, 163 App. Div. 899, 147 N. Y. Supp. 477, and Deegan v. Newton, 163 App. Div. 961, 148 N. Y. Supp. 1112. See, also, 150 N. Y. Supp. 1109.

RONCA, Respondent, v. WENDELL & EVAN CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1914.) Action by Giovanni C. Ronca against the Wendell & Evan Company.

PER CURIAM. The answering affidavit of appellant fails to comply with the special rule of this court adopted October 4, 1910. The decision of this motion will be withheld for one week. If within three days the appellant pays $10 costs, and submits an affidavit in accordance with such rule, the motion will be considered on its merits. See Schorr v. Weisfeld, 163 App. Div. 899, 147 N. Y. Supp. 477, and Deegan v. Newton, 163 App. Div. 961, 148 N. Y. Supp. 1112. See, also, 150 N. Y. Supp. 1109.

RONCA, Respondent, v. WENDELL & EVAN CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1914.) Action by Fannie Ronca, an infant, etc., against the Wendell & Evan Company. No opinion. Motion to dismiss appeal denied, on condition that appellant place the case on the December calendar and be ready for argument when reached: otherwise, motion granted, with costs. See, also, 150 N. Y. Supp. 1109.

RONCA, Respondent, v. WENDELL & EVAN CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1914.) Action by Giovanni C. Ronca against the Wendell & Evan Company. No opinion. Motion to dismiss appeal denied, on condition that appellant place the case on the